**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1872

JHISHAYON XCELL,

                              Plaintiff - Appellant,

        versus

AID UPSTATE,

                              Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (6:05-cv-02191-HMH)

Submitted:  March 29, 2007          Decided:  April 2, 2007

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jhishayon Xcell, Appellant Pro Se.  Matthew Kinard Johnson,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Greenville, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jhishayon Xcell appeals the district court's order denying relief on his Americans with Disabilities Act of 1990 complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Xcell that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Xcell failed to object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Xcell has waived appellate review by failing to timely file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -